UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MEGAN LEWIS, *et al.*,

    Plaintiffs,

vs.

BUDGET HOST INN, *et al.*,

    Defendants.

Case No. 3:23-cv-163

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT, UNOPPOSED MOTION TO DISMISS DEFENDANT BOTKINS HOTEL, LLC WITH PREJUDICE (Doc. No. 33); (2) DISMISSING DEFENDANT BOTKINS HOTEL, LLC AS A PARTY IN THIS CASE**

---

Pursuant to Fed. R. Civ. P. 21, and for good cause shown, the Court **GRANTS** the parties' joint, unopposed motion to dismiss Defendant Botkins Hotel, LLC ("Botkins") with prejudice. Doc. No. 33.  Accordingly, Defendant Botkins is **DISMISSED** as a party to this case.

    **IT IS SO ORDERED.**

June 25, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge