**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| MEGAN LEWIS, | : | Case No. 3:23-cv-163 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| BUDGET HOST INN, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

**ORDER**

---

This case is before the Court upon the Motion to Withdraw as Counsel filed by Plaintiff's counsel, Chris P. Wido.  (Doc. #36).  In accordance with S.D. Ohio Civ. R. 83.4(b), counsel provided written notice to Plaintiff.  Plaintiff shall file any response to counsel's Motion to Withdraw on or before **March 6, 2026**.  Should Plaintiff not respond, the Court may grant the Motion as unopposed.  The Clerk of Court is **DIRECTED** to send a copy of this Order to Plaintiff at the following addresses:

> P.O. Box 669
> Jackson Center, Ohio 45334;
>
> and
>
> 615 Jackson Street
> Jackson Center, Ohio 45334

**IT IS SO ORDERED.**

February 17, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge