UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MEGAN LEWIS,

     Plaintiff,

vs.

BUDGET HOST INN, *et al.*,

     Defendants.

Case No. 3:23-cv-163

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

_____

**ORDER:  (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 40); (2) DISMISSING THIS CASE WITHOUT PREJUDICE; (3) CERTIFYING THAT AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH; AND (4) DENYING PLAINTIFF LEAVE TO APPEAL *IN FORMA PAUPERIS***
_____

Plaintiff Megan Lewis brings this case *pro se*[1] against Defendants Budget Host Inn, V.S.T., Inc., Latonia Miller and Kelly Schwartz.  Doc. Nos. 20, 34.  On February 5, 2026, after review of the record, the Court ordered Plaintiff to show cause concerning whether she properly effected service of summons on the remaining named defendants and whether she intended to seek an entry of default and default judgment.  Doc. No. 35.  The Court required a response by February 20, 2026 and informed Plaintiff that if she failed to file a timely response, her case may be dismissed for absence of timely service, *see* Fed. R. Civ. P. 4(j), or for failure to prosecute, *see Link v. Wabash R. Co.*, 370 U.S. 626, 629-32 (1962).  Doc. No. 35.

Plaintiff's attorney then filed a motion on February 13, 2026 to withdraw as attorney and to extend the deadline for Plaintiff to respond.  Doc. No. 36.  Judge Silvain issued an Order informing Plaintiff of her attorney's motion and instructing her to respond by March 6, 2026.  Doc. No. 37. Plaintiff did not file a response, and Judge Silvain granted the motion.  Doc. No. 38.  Judge Silvain

---

[1] As with all *pro se* litigants, Plaintiff's documents and allegations are liberally construed in her favor. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (*per curiam*).

also required Plaintiff, proceeding *pro se*, to show cause by April 23, 2026 concerning whether she properly effected service of summons on the remaining named defendants and whether she intended to seek an entry of default and default judgment, as well as informing her that if she failed to file a timely response, her case may be dismissed for absence of timely service or for failure to prosecute. *Id.*  Plaintiff did not respond.

On May 15, 2026, Judge Silvain issued, in an abundance of caution, another show cause Order, requiring a response by June 5, 2026, concerning whether Plaintiff properly effected service of summons on the remaining named defendants and whether she intended to seek an entry of default and default judgment.  Doc. No. 39.  Judge Silvain also placed Plaintiff on notice again that if she did not file a timely response, her case may be dismissed for absence of timely service or for failure to prosecute.  Doc. No. 39.  Plaintiff did not respond, and the time for doing so has now expired.

After Plaintiff did not respond, Judge Silvain issued a Report and Recommendation ("R&R") on June 10, 2026 in which he recommended the Court dismiss this case.  Doc. No. 40.  The parties have not filed objections to the R&R, and the time for doing so under Fed. R. Civ. P. 72(b) has expired.  Upon careful review of the foregoing, the Court determines that the R&R is well-reasoned and should be adopted.  *See Rhines v. Weber*, 544 U.S. 269 (2005).

Accordingly, the Court **ADOPTS** the R&R of the Magistrate Judge and **DISMISSES** this case **WITHOUT PREJUDICE**.  Additionally, pursuant to 28 U.S.C. § 1915(a), the Court **CERTIFIES** that an appeal would not be taken in good faith and accordingly **DENIES** Plaintiff leave to appeal *in forma pauperis*. This case is **CLOSED**.

**IT IS SO ORDERED.**

June 30, 2026                          s/*Michael J. Newman*
                                            Hon. Michael J. Newman
                                            United States District Judge